**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Mark Matthew Erjavec, Chapter 7

Debtor. Case No. 26-41492

Kristen Property Matters, LLC,

Plaintiff,

vs.

Mark Matthew Erjavec,

Defendant. Adv. No. 26-04121

## ORDER REFERRING MATTER FOR MEDIATION

This proceeding came before the court for status conference. During the status conference, the defendant and counsel for the plaintiff agreed to mediation of the dispute. Judge William J. Fisher has agreed to mediate the dispute.

IT IS ORDERED:

1. The parties shall submit to mediation and shall appear and participate as ordered by the mediator.
2. Judge William J. Fisher will serve as the mediator.
3. The Mediating Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a mediating judge, the Mediating Judge performs judicial duties. See, e.g., 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Fed. R. Bankr. P. 7016; Local Rule 9019-2; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Mediating Judge and all persons assisting the Mediating Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Mediating Judge's role as mediating judge.

Dated: *October 23, 2026*

BY THE COURT:

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge