**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Mark Matthew Erjavec
Debtor(s).

Case No.: 26–41492

Chapter 7

Kristen Property Matters, LLC
Plaintiff

Adv. Proc. No.: 26–04121

v.

MARK MATTHEW ERJAVEC
Defendant

---

## NOTICE OF CONTINUED STATUS CONFERENCE

---

PLEASE TAKE NOTICE that a status conference is scheduled for December 2, 2026 at 10:00 AM and will be held before the Honorable Chief Judge Katherine A. Constantine at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine.

***8*** – Order for status conference. Status Conference set for 10/14/2026 at 11:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (LMO)

Dated: October 27, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: DAD
Deputy Clerk

United States Bankruptcy Court

District of Minnesota

Kristen Property Matters, LLC,
Plaintiff

Adv. Proc. No. 26-04121-KAC

ERJAVEC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2

Date Rcvd: Oct 27, 2026 Form ID: mnbstcfa Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kristen Property Matters, LLC, 4 Bass Lane, Lebanon, NJ 08833-3129 |
| dft | + | MARK MATTHEW ERJAVEC, 7455 FRANCE AVENUE SOUTH, #101, EDINA, MN 55435-4702 |
| intp | + | RICHARD M MUGLIA, 28 VALLEY ROAD, STE 1, MONTCLAIR, NJ 07042-2709 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 27 2026 23:39:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Oct 27 2026 23:39:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | Oct 27 2026 23:39:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | Oct 27 2026 23:33:28 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | Oct 27 2026 23:33:31 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 27 2026 23:39:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 27 2026 23:39:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David J. S. Madgett | on behalf of Plaintiff Kristen Property Matters LLC dmadgett@madgettlaw.com, dmadgett@recap.email |

TOTAL: 1