**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Mark Matthew Erjavec, Chapter 7

Debtor. Case No. 26-41492

---

Kristen Property Matters, LLC,

Plaintiff,

vs.

Mark Matthew Erjavec,

Defendant. Adv. No. 26-04121

---

# ORDER REFERRING MATTER FOR MEDIATION

---

This proceeding came before the court for status conference. During the status conference, the defendant and counsel for the plaintiff agreed to mediation of the dispute. Judge William J. Fisher has agreed to mediate the dispute.

IT IS ORDERED:

1. The parties shall submit to mediation and shall appear and participate as ordered by the mediator.
2. Judge William J. Fisher will serve as the mediator.
3. The Mediating Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Bankruptcy Judge. By serving as a mediating judge, the Mediating Judge performs judicial duties. See, e.g., 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Fed. R. Bankr. P. 7016; Local Rule 9019-2; Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Mediating Judge and all persons assisting the Mediating Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Bankruptcy Judge and judiciary employees, regarding any matters arising from or related to the Mediating Judge's role as mediating judge.

BY THE COURT:

Dated: *October 23, 2026*

*s/ Katherine A. Constantine*
Katherine A. Constantine
United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

Kristen Property Matters, LLC,
Plaintiff
ERJAVEC,
Defendant

Adv. Proc. No. 26-04121-KAC

# CERTIFICATE OF NOTICE

District/off: 0864-4 User: admin Page 1 of 2
Date Rcvd: Nov 01, 2026 Form ID: pdf111 Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Kristen Property Matters, LLC, 4 Bass Lane, Lebanon, NJ 08833-3129 |
| dft | + | MARK MATTHEW ERJAVEC, 7455 FRANCE AVENUE SOUTH, #101, EDINA, MN 55435-4702 |
| intp | + | RICHARD M MUGLIA, 28 VALLEY ROAD, STE 1, MONTCLAIR, NJ 07042-2709 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Nov 01 2026 03:07:00 | Daniel M McDermott, United States Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Nov 01 2026 03:08:00 | James L. Snyder, 210 Walnut Street, Room 793, Des Moines, IA 50309-2106 |
| ust | + | Email/Text: ashley.wieck@usdoj.gov | Nov 01 2026 03:08:00 | L. Ashley Wieck, Office of the United States Trustee, Department of Justice, 210 Walnut Street, Suite 793, Des Moines, IA 50309-2106 |
| ust | ^ | MEBN | Nov 01 2026 02:24:09 | Laddy Janovsky, DOJ-Ust, 1015 US Courthouse, 300 South Fourth Street, Ste 1015, Minneapolis, MN 55415-3070 |
| ust | ^ | MEBN | Nov 01 2026 02:24:11 | Nissa L Atkinson, 1015 US Courthouse, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Nov 01 2026 03:07:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Nov 01 2026 03:08:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David J. S. Madgett | on behalf of Plaintiff Kristen Property Matters LLC dmadgett@madgettlaw.com, dmadgett@recap.email |

TOTAL: 1