UNITED STATES BANKRUPTCY COURT

-

FOR THE DISTRICT OF MINNESOTA

In re:

Mark Matthew Erjavec, Chapter 7

Debtor. Case No: 26-41492

---

RECEIVED

NOV 06 2026

TIME: 2:05

CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

Kristin Property Matters, LLC,

Plaintiff,

vs.

Mark Matthew Erjavec,

Defendant. Adv. No. 26-04121

---

DEFENDANT'S STATEMENT REGARDING CONSENT PURSUANT TO FED. R. BANKR. P. 7012

Pursuant to the Scheduling Order and Order for Trial entered by this Court, and in accordance with Federal Rule of Bankruptcy Procedure 7012(b), the Defendant, Mark Matthew Erjavec, appearing pro se, hereby states as follows:

The Defendant CONSENTS to the entry of final orders or judgment by the bankruptcy court in this adversary proceeding.

Dated: November 5, 2026

Mark Matthew Erjavec, Defendant Pro Se

13430 43rd Street North

Plymouth, MN 55442

847-414-4002

mark@markerjavec.com