**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

RECEIVED BY MAIL
NOV 10 2026
TIME:
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

In re: Mark Matthew Erjavec
Debtor(s).

Kristen Property Matters, LLC
Plaintiff

v.

MARK MATTHEW ERJAVEC
Defendant

Case No.: 26–41492

Chapter 7
Adv. Proc. No.: 26–04121

## NOTICE OF CONTINUED STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for December 2, 2026 at 10:00 AM and will be held before the Honorable Chief Judge Katherine A. Constantine at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine.

***8*** – Order for status conference. Status Conference set for 10/14/2026 at 11:00 AM. Location: Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Katherine A. Constantine. (LMO)

Dated: October 27, 2026

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: DAD
Deputy Clerk